Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Matthew R. Snyder (SBN 350907)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
msnyder@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KUB, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CFLAB, LLC; and DOES 1-10, <br><br> Defendant(s). | Case No. 2:23-cv-10404 <br><br> **NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: April 25, 2024

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                By:  <u>/s/ Todd M. Friedman</u>
                      Todd M. Friedman
                      Law Offices of Todd M. Friedman, P.C.
                      Attorney for Plaintiff

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On April 25, 2024, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on April 25, 2024.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiffs