UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-10404-GW-MAAx | Date | April 25, 2024 |
| Title | *Robert Kub v. CFLAB, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 25, 2024, Plaintiff Robert Kub filed a Notice of Settlement [15]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for June 27, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on June 25, 2024.

:

Initials of Preparer   JG